Robert N. Kitay, Esq. (SBN229966)
Law Office of Robert N. Kitay
2508 Garfield Ave, Ste A
Carmichael, CA  95608
Tel. (916) 266 – 0188
Fax (916) 266 – 0198

Attorney for Plaintiff
BROOKE POLAND

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE POLAND,<br><br>          Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, an entity of unknown form, and DOES 1 through 30<br><br>          Defendants. | Case No.:  2:12-cv-03105 JAM-GGH<br><br>**ORDER  TO CONTINUE DEFENDANT'S MOTION TO DISMISS** |

### ORDER

Based on the submitted stipulation, and good cause appearing therefore, the Defendant's Motion to Dismiss shall be continued and shall be heard on 05/15/2013 at 9:30 a.m. in Courtroom 6.  The briefing schedule shall track accordingly.

**IT IS SO ORDERED.**

**Dated:  2/22/2013**              /s/ John A. Mendez
                                                **JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE**

**ORDER**

1