1  KEVIN G. McCURDY (SBN 115083)
   MEREDITH G. PARKS (SBN 253354)
2  McCURDY & FULLER LLP
3  4300 Bohannon Drive, Suite 240
   Menlo Park, CA 94025
4  Telephone:  (650) 618-3500
   Facsimile:   (650) 618-3599
5  E-mail:  kevin.mccurdy@mccurdylawyers.com
   E-mail:  meredith.parks@mccurdylawyers.com
6
7  Attorneys for Defendant
   LIBERTY MUTUAL FIRE INSURANCE COMPANY
8
                        UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

| BROOKE POLAND, | CASE NO. 2:12-cv-03105-JAM-DAD |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR LIBERTY MUTUAL TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |
| v. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, an entity of unknown form, and DOES 1 through 30, | |
| Defendants. | Date:<br>Time:<br>Courtroom:<br>Honorable John A. Mendez |

The Stipulated Motion to Extend Time to Respond to Plaintiff's Amended Complaint was filed on July 15, 2013, docket no. 27.  In consideration of the papers and argument submitted in connection with the motion, and good cause appearing therefore, it is hereby ordered:

The motion is granted.  Defendant Liberty Mutual Fire Insurance Company's time to respond to the amended complaint is extended until after this Court issues an order on plaintiff's motion for leave to amend, which is currently set for hearing on September 11, 2013.

/ /

/ /

50368                                        - 1 -
**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

1    IT IS SO ORDERED.

2    Dated: 7/16/2013                             /s/ John A. Mendez
3                                                 Hon. John A. Mendez
                                                  United States District Court Judge

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA  94025
(650) 618-3500

50368                                  - 2 -
**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**