1  KEVIN G. McCURDY (SBN 115083)
2  MEREDITH G. PARKS (SBN 253354)
   McCURDY & FULLER LLP
3  4300 Bohannon Drive, Suite 240
   Menlo Park, CA 94025
4  Telephone:  (650) 618-3500
   Facsimile:   (650) 618-3599
5  E-mail:  kevin.mccurdy@mccurdylawyers.com
   E-mail:  meredith.parks@mccurdylawyers.com
6
7  Attorneys for Defendant
   LIBERTY MUTUAL FIRE INSURANCE COMPANY

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

   BROOKE POLAND,                      CASE NO. 2:12-cv-03105-JAM-DAD

                  Plaintiff,           **ORDER (AS MODIFIED BY THE**
12                                     **COURT) GRANTING STIPULATED**
                                       **MOTION TO MODIFY PRE-TRIAL**
13         v.                          **SCHEDULING ORDER**

14  LIBERTY MUTUAL FIRE INSURANCE
    COMPANY, an entity of unknown form, and
15  DOES 1 through 30,
                                       Honorable John A. Mendez
16                Defendants.

17

18

19         In consideration of the papers and argument submitted in connection with the Stipulated

20  Motion to Modify the Pre-Trial Scheduling Order, and good cause appearing therefore, it is hereby

    ordered:
21
           The motion is granted.  The Pre-Trial Scheduling Order is modified to extend the expert
22
    witness and supplemental and rebuttal expert disclosures dates to February 14, 2014 and February
23
    21, 2014, respectively, to extend the discovery cut-off date to April 9, 2014, and to extend the
24
    filing and hearing dates for dispositive motions to April 23, 2014 and May 21, 2014 at 9:30 a.m.,
25
    respectively.
26

27

28  51377_2                              - 1 -
    **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO MODIFY PRE-TRIAL SCHEDULING**
    **ORDER**

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA  94025
(650) 618-3500

The parties joint pretrial statement shall be filed no later than June 20, 2014.  The final pretrial conference shall be held on June 27, 2014 at 10:00 a.m.

Jury trial is reset to July 28, 2014 at 9:00 a.m.

IT IS SO ORDERED AS MODIFIED BY THE COURT.

Dated:  11/14/2013

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

1
2
3
4
5
6
7
8
9
10
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

51377_2

- 2 -

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO MODIFY PRE-TRIAL SCHEDULING ORDER**